EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------------------------------X
JOANNE SANTORA,

                Plaintiff/Petitioner,

    - against -                        Index No. 54561/2017

COSTCO WHOLESALE CORPORATION

                Defendant/Respondent.
----------------------------------------------------------------X

## NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING SUPREME COURT CASES

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as allowed by CPLR § 2111 and Uniform Rule § 202.5-b (consensual electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

**1) Parties represented by an attorney:** An attorney representing a party who is served with this Notice must promptly either consent or decline consent to electronic filing and service through NYSCEF for this case. Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile. Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

**2) Parties not represented by an attorney: Unrepresented litigants are exempt from e-filing. They can serve and file all documents in paper form and must be served with all documents in paper form.** However, an unrepresented litigant may consent to participate in e-filing.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efile-unrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: April 6, 2017

_____
Signature

Gus Fotopoulos, Esq.
_____
Name

SOBO & SOBO, L.L.P.
_____
Firm Name

One Dolson Avenue
_____
Address

Middletown, New York  10940
_____

845-343-76226
_____
Phone

GFOTOPOULOS@SOBOLAW.COM
_____
E-Mail

To:   COSTCO WHOLESALE CORPORATIC
_____

Dept. of State
_____

_____

9/3/15

FILED: WESTCHESTER COUNTY CLERK 04/06/2017 09:45 AM
NYSCEF DOC. NO. 1

INDEX NO. 54561/2017
RECEIVED NYSCEF: 04/06/2017

Date of Filing:

Index #:

Plaintiff designates
Westchester County
as the place of trial.

The basis of venue is the
situs of the accident

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
---------------------------------------------------------------X
JOANNE SANTORA,

                           Plaintiff,                   **SUMMONS**

-against-

COSTCO WHOLESALE CORPORATION,

                           Defendants.
---------------------------------------------------------------X

To the above-named defendant(s):

      YOU ARE HEREBY SUMMONED, to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorneys within - 20- days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

                                                           SOBO & SOBO, LLP

                                                           GUS FOTOPOULOS, ESQ.
                                                           Attorneys for Plaintiff
                                                            One Dolson Avenue
                                                           Middletown, NY 10940
                                                          (845) 343-0466

Dated: February 27, 2017
         Middletown, New York

Defendants' addresses:  See Complaint

FILED: WESTCHESTER COUNTY CLERK 04/06/2017 09:45 AM
NYSCEF DOC. NO. 1

INDEX NO. 54561/2017
RECEIVED NYSCEF: 04/06/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
--------------------------------------------------------------------X
JOANNE SANTORA,

                Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

                Defendants.
--------------------------------------------------------------------X

**VERIFIED COMPLAINT**

Index No.:

       Plaintiff, JOANNE SANTORA, by her attorneys, SOBO & SOBO, L.L.P., as and for the Verified Complaint, herein alleges the following:

       1.    That at all times hereinafter mentioned, the plaintiff JOANNE SANTORA, was and still is a resident of the County of Fairfield, State of Connecticut.

       2.    That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, was and still is a domestic corporation organized and existing under and by virtue of the Laws of the State of New York.

       3.    That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, was and still is a foreign corporation duly authorized to do business within the State of New York.

       4.    That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, was a still is a business entity doing business within the State of New York.

       5.    That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, was the owner of a certain real

property and premises located at 1 Westchester Ave, Port Chester, NY 10573, County of Westchester, State of New York.

6. That upon information and belief, at all times herein mentioned, and more specifically on or about the 31st day of July, 2016, the real property owned by defendant COSTCO WHOLESALE CORPORATION, consisted, inter alia, of a commercial store, commonly known as and doing business as " Costco".

7. That upon information and belief, at all times herein mentioned, and more specifically on the 31st day of July, 2016, defendant COSTCO WHOLESALE CORPORATION was responsible for the operation of the premises located at 1 Westchester Avenue, Portchester, New York

8. That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, maintained the aforesaid premises.

9. That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, managed the aforesaid premises.

10. That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, controlled the aforesaid premises.

11. That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, operated the aforesaid premises.

12. That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, supervised the aforesaid premises.

FILED: WESTCHESTER COUNTY CLERK 04/06/2017 09:45 AM
NYSCEF DOC. NO. 1

INDEX NO. 54561/2017
RECEIVED NYSCEF: 04/06/2017

13. That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, was the lessee of the aforesaid premises.

14. That at all times hereinafter mentioned, upon information and belief, the defendant, COSTCO WHOLESALE CORPORATION, was the lessor of the aforesaid premises.

15. That upon information and belief, at all times herein mentioned, and more specifically on or about the 31st day of July, 2016, defendants COSTCO WHOLESALE CORPORATION, invited the public into its store and offered various items for sale including but not limited to, bulk food and various other merchandise.

16. That at all times herein mentioned and specifically on or about the 31st day of July, 2016, Plaintiff JOANNE SANTORA, was lawfully traversing within the aforementioned premises and more specifically in "aisle 204".

17. That upon information and belief, at all times hereinafter mentioned, liquid was present on the floor of the premises and more particularly upon the floor at the "aisle 204".

18. That at all times hereinafter mentioned it was the duty of defendants COSTCO WHOLESALE CORPORATION TO maintain the aforesaid premises in a safe and proper condition, free and clear of any dangerous, hazardous and unsafe conditions.

19. That at all times hereinafter mentioned and upon information and belief, the defendant COSTCO WHOLESALE CORPORATION, had a responsibility and duty to the plaintiff, JOANNE SANTORA, to keep the aisles clear and free of such hazards.

FILED: WESTCHESTER COUNTY CLERK 04/06/2017 09:45 AM
NYSCEF DOC. NO. 1

INDEX NO. 54561/2017
RECEIVED NYSCEF: 04/06/2017

20. That at all times hereinafter mentioned, aisle "204", located on the aforesaid premises was the situs of the within accident.

21. That on or about the 31st day of July, 2016, while this plaintiff was lawfully upon the aforesaid premises, she was caused to be precipitated to the ground, thereby sustaining severe and serious personal injuries.

22. The negligent, wanton, reckless and careless acts of the defendants, their agents, servants and/or employees were a cause of the accident and resultant injuries.

23. That the defendants, their agents, servants and/or employees were negligent, wanton, reckless and careless in, among other things, allowing, causing and/or permitting dangerous, hazardous, slippery and/or unsafe conditions to exist on the aforesaid premises; in acting with reckless disregard for the safety of others, and the defendants, their agents, servants and/or employees were in other ways negligent, wanton, reckless and careless.

24. That the defendants, their agents, servants and/or employees had actual and/or constructive notice of the dangerous and/or defective conditions in that the conditions existed for a sufficient length of time prior to the happening of the incident and in the exercise of reasonable care, the defendants could have and should have had knowledge and notice thereof and further, the defendants, their agents, servants and/or employees created said condition.

25. The limited liability provisions of CPLR 1601 do not apply pursuant to the exceptions of CPLR 1602, including, but not limited to, 1602(2)(iv), 1602(7) and 1602(11).

FILED: WESTCHESTER COUNTY CLERK 04/06/2017 09:45 AM
NYSCEF DOC. NO. 1

INDEX NO. 54561/2017
RECEIVED NYSCEF: 04/06/2017

26. That by reason of the foregoing, this plaintiff was caused to sustain severe and serious personal injuries to her mind and body, some of which, upon information and belief, are permanent with permanent effects of pain, disability, disfigurement and loss of body function. Further, this plaintiff was caused to expend and become obligated for diverse sums of money for the purpose of obtaining medical care and/or cure in an effort to alleviate the suffering and ills sustained as a result of this accident; the plaintiff further was caused to lose substantial periods of time from her normal vocation and activities, and upon information and belief, may continue in that way into the future and suffer similar losses.

27. That by reason of the foregoing, this plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction of this matter.

WHEREFORE, plaintiff demands judgment against the defendants, and each of them, as follows:

A sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction in this matter, together with the costs and disbursements of this action.

DATED: February 27, 2017
Middletown, New York

GUS FOTOPOULOS, ESQ.
SOBO & SOBO, LLP
Attorneys for Plaintiff
One Dolson Avenue
Middletown, NY 10940
(845) 343-0466

FILED: WESTCHESTER COUNTY CLERK 04/06/2017 09:45 AM
NYSCEF DOC. NO. 1

INDEX NO. 54561/2017
RECEIVED NYSCEF: 04/06/2017

To:   COSTO WHOLESALE CORPORATION
      c/o Department of State

FILED: WESTCHESTER COUNTY CLERK 04/06/2017 09:45 AM                INDEX NO. 54561/2017
NYSCEF DOC. NO. 1                                                              RECEIVED NYSCEF: 04/06/2017

## VERIFICATION

STATE OF NEW YORK, COUNTY OF ORANGE        ss:

JOANNE SANTORA, being duly sworn says; I am one of the plaintiffs in the action herein; I have read the annexed Verified Complaint, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

JOANNE SANTORA

Sworn to before me on this
21 day of ~~October~~ February 2017

NOTARY PUBLIC

NITCY BARRETO
Notary Public, State of New York
No. 01BA6303472
Qualified in Dutchess County
Commission Expires May 12, 2018