UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JOANNE SANTORA,

                  Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

                  Defendant.
----------------------------------------x

(sd 2354)

Civil Action No.:
17-cv-04415 (CS) (LMS)

**NOTICE OF MOTION FOR**
**SUMMARY JUDGMENT**

**Seibel, J.**
**Smith, M.J.**

| | |
|---|---|
| **MOTION BY:** | Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Costco"), by its attorneys, SIMMONS JANNACE DELUCA, LLP |
| **SUPPORTING PAPERS:** | The Affidavit of Sal F. DeLuca, dated March 23, 2018 and all exhibits and affidavits annexed thereto; accompanying Memorandum of Law in support of defendant Costco's motion for summary judgment; Rule 56.1 Statement of Material Facts; and all prior pleadings and proceedings heretofore had herein. |
| **RETURN DATE, TIME AND PLACE:** | United States District Court, Southern District of New York, at the Courthouse thereof, located at: 300 Quarropas Street, White Plains, New York, before The Honorable Judge Cathy Seibel, on a date to be selected by the court. |
| **RELIEF SOUGHT:** | An Order pursuant to F.R.C.P. 56(b): (1) dismissing plaintiff's Verified Complaint for failure to establish a *prima facie* case of negligence against Costco; and (2) for such other and further relief as this Court may deem just and proper. |

**ANSWERING PAPERS:** Answering papers, if any, are required to be served upon the undersigned by April 13, 2018. Reply papers are required to be served by April 25, 2018.

Dated: Hauppauge, New York
March 23, 2018

          Yours, etc.

          **SIMMONS JANNACE DELUCA, LLP**

          BY: _____
              SAL F. DELUCA (SD-2354)

          Attorneys for Defendant
          COSTCO WHOLESALE CORPORATION
          **Office & P.O. Address:**
          43 Corporate Drive
          Hauppauge, New York 11788
          (631) 873-4888

TO: SOBO & SOBO, L.L.P.
    Attorneys for Plaintiff
    JOANNE SANTORA
    One Dolson Avenue
    Middletown, New York 10940