USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOANNE SANTORA,

                               Plaintiff,

         -against-

COSTCO WHOLESALE CORPORATION,
                               Defendant.
------------------------------------------------------------X

17 CIVIL 4415 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 8, 2018, Defendant's Motion for Summary Judgment is GRANTED and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York
          November 9, 2018

                                                          RUBY J. KRAJICK
                                                          Clerk of Court
BY:
                                                          **Deputy Clerk**